AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| 1. MANHATTAN CONSTRUCTION GROUP LLC, an Oklahoma limited liability company, and<br>2. MANHATTAN CONSTRUCTION COMPANY, an Oklahoma limited liability company,<br>*Plaintiff(s)*<br>v.<br>1. MANHATTAN REDI-MIX INDUSTRIES LLC, an Oklahoma limited liability company<br>*Defendant(s)* | Civil Action No. 24-cv-00527-JDR-MTS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Manhattan Redi-Mix Industries LLC
10819 S. 257th East Ave.
Broken Arrow, OK  74014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mary Quinn Cooper
Sharolyn Whiting-Ralston
Rachel Blue
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Two West 2nd Street
Suite 1100
Tulsa, OK  74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D Campbell*

Date: 10/31/2024

*s/ A. Nance*
*Signature of Clerk or Deputy Clerk*

c/ Picked up at Counter

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| 1. MANHATTAN CONSTRUCTION GROUP LLC, an Oklahoma limited liability company, and<br>2. MANHATTAN CONSTRUCTION COMPANY, an Oklahoma limited liability company,<br>*Plaintiff(s)*<br>v.<br>1. MANHATTAN REDI-MIX INDUSTRIES LLC, an Oklahoma limited liability company<br>*Defendant(s)* | Civil Action No. 24-cv-00527-JDR-MTS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Manhattan Redi-Mix Industries LLC
12401 E. Admiral Place
Tulsa, OK 74116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mary Quinn Cooper
Sharolyn Whiting-Ralston
Rachel Blue
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Two West 2nd Street
Suite 1100
Tulsa, OK  74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date: 10/31/2024

s/ A. Nance
*Signature of Clerk or Deputy Clerk*